**YUAN FU SUN, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–75100.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 24, 2010.

Helen B. Zebel, Esquire, Law Office of Helen B. Zebel, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Nicole N. Murley, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Yuan Fu Sun, a native and citizen of Taiwan, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's factual

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

findings. *Khodagholian v. Ashcroft*, 335 F.3d 1003, 1006 (9th Cir.2003). We deny the petition for review.

Substantial evidence supports the agency's determination that Sun abandoned his lawful permanent resident status because the record does not compel the conclusion that he harbored a continuous, uninterrupted intention to return to the United States during the entirety of his 15-year absence. *Id.* at 1007.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.